UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

UNITED STATES OF AMERICA                 24-MJ-8403-RMM

v.

FELICIO NATHAN CLEARE,

**Defendant.**                           /

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?  ☐ Yes  ☑ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  ☐ Yes  ☑ No

4. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  ☐ Yes  ☑ No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY:  *Justin Chapman*
Justin Chapman
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   85778
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   (561) 820-8711
Fax:   (561) 820-8777
Email:

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America </br> v. </br> FELICIO NATHAN CLEARE, </br></br></br></br> *Defendant(s)* | Case No. </br> 24-mj-8403-RMM |

FILED BY ___SP___ D.C.
Aug 23, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of **August 21, 2024** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324(a)(2)(B)(ii) | Alien smuggling for private financial gain |

This criminal complaint is based on these facts:

Please see the attached affidavit by Special Agent Elvis Medina, Homeland Security Investigations ("HSI"), incorporated herein by reference.

☑ Continued on the attached sheet.

ELVIS MEDINA
Digitally signed by ELVIS MEDINA
Date: 2024.08.22 22:50:54 -04'00'

*Complainant's signature*

Elvis Medina Special Agent, HSI
*Printed name and title*

Date: 8/23/24

*Judge's signature*

City and state: West Palm Beach, Florida    Hon. Ryon McCabe, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

Your affiant, Elvis Medina, first being duly sworn, does hereby depose and state as follows:

1. I am a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI), and have been so employed since June 2016. Prior to working for HSI, I was an agent with the U.S. Border Patrol, stationed in Arizona. I worked as a Border Patrol Agent for nearly eleven-and-a-half years. Among my responsibilities as an HSI Special Agent, I am trained and empowered to investigate crimes against the United States, as more fully described in Titles 8, 18, 19 and 21 of the United States Code, amongst others.

2. The facts set forth in this affidavit are based on my personal knowledge; information obtained in this investigation from others, including other law enforcement officers; my review of documents, pictures and computer records related to this investigation; and information gained through training and experience.

3. This affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me and law enforcement concerning this investigation, but have set forth only those facts necessary to establish probable cause to believe that on or about August 21, 2024:

   a. Felicio Nathan CLEARE, a citizen and national of the Bahamas, committed the offense of Alien Smuggling for Private Financial Gain, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii).

## Probable Cause

4. On August 21, 2024, at approximately 11:26 AM, Customs and Border Protection (CBP), Air and Marine Operations (AMO) Multi-Role Enforcement Aircraft (MEA) detected a target of interest (TOI) on a westerly course from Freeport, Bahamas towards the Florida Coast.

MEA notified AMO marine units of the TOI. The TOI was described to be a 25-foot white cuddy cabin vessel with a blue Bimini top and one outboard. MEA relayed location information to AMO marine units. At approximately 3:00 PM, the TOI was intercepted by the AMO marine units approximately 12 nautical miles East of Boca Raton, Florida.

5. As the AMO marine units approached the TOI they observed two males on the vessel. The boat captain was wearing a blue shirt and green hat (later identified as Felicio Nathan CLEARE, DOB: 01/27/1998, Bahamian Citizen). AMO illuminated their lights, and CLEARE slowed his vessel and was compliant with commands. As AMO agents boarded the vessel they observed CLEARE reach in his pocket, remove a cellphone, and toss it in the ocean. When asked why, CLEARE shrugged his shoulders.

6. AMO Agents asked CLEARE if there were other people on board, CLEARE stated "yes, up front." A search of the cabin resulted in discovering 6 additional subjects. There was a total of 8 subjects onboard the suspect vessel.

7. AMO seized the suspect vessel, which displayed a partial Florida (FL) registration number. A review of the Hull Identification Number (HIN) was covered and filled making it unreadable. A review of investigative databases on possible combinations of the Florida registration number did not disclose any information on any vessel that matched the make and model of the suspected vessel.

8. On August 22, 2024, CLEARE was transported to and first landed in the United States, at the USCG Lake Worth Inlet station, which your affiant knows to be located in Palm Beach County in the Southern District of Florida. He was thereafter relinquished to the custody of the U.S. Border Patrol in Riviera Beach, Florida for administrative processing and further investigation.

9. The other 7 subjects onboard were transferred to a U.S. Coast Guard (USCG) cutter for biometric processing and analysis. None of the individuals were determined to be United States Citizens, or in possession of any documentation authorizing them to enter the United States. The following were the individuals onboard the suspected vessel:

   a. Junior DESHOMNE – an adult male citizen from Haiti

   b. Terry TIBE – an adult male citizen from Haiti

   c. Raymond BATHEAU – an adult male citizen from Haiti

   d. John Wise LOUIS – an adult male citizen from Haiti

   e. Paboulonte WILKINSON - an adult male citizen from Haiti

   f. Beauchamb ELYSE - an adult male citizen from Haiti

   g. Eric Jean LOUIS - an adult male citizen from Haiti

10. On the same date at approximately 4:15 PM, HSI agents conducted an interview of CLEARE at the U.S. Border Patrol Station in Riviera Beach. He was advised of his *Miranda* warnings in the English language, initialing each line indicating that he understood each of his rights. CLEARE agreed to answer questions. During the interview CLEARE stated he was approached by "Jhonny" and recruited to smuggle people to Florida. CLEARE stated that he was to be paid $1,000.00 dollars per person he smuggled. When asked why he agreed to smuggle people into the United States, CLEARE stated he wanted money to buy fishing gear. CLEARE stated he left on August 21, 2024, at approximately 9:00 AM from Freeport, Bahamas and was heading to West Palm Beach, Florida.

## CONCLUSION

11. WHEREFORE, on the basis of the foregoing facts and evidence, your affiant respectfully submits that probable cause exists to charge:

   a. Felicio Nathan CLEARE, a citizen and national of the United States, for the offense of Alien Smuggling for Private Financial Gain, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

ELVIS MEDINA
Digitally signed by ELVIS MEDINA
Date: 2024.08.22 22:55:16 -04'00'

Elvis Medina
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

SWORN AND ATTESTED TO ME BY
APPLICANT VIA TELEPHONE (FACETIME)
PURSUANT TO FED. R. CRIM. P. 4(d) AND 4.1
THIS 23TH DAY OF AUGUST 2024.

**HON. RYON McCABE**
**UNITED STATES MAGISTRATE JUDGE**

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: FELICIO NATHAN CLEARE

**Case No**: 24-mj-8403-RMM

Count #1:
Alien smuggling for private financial gain, 8 U.S.C. 1324(a)(2)(B)(ii)

* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 3 years
* **Max. Supervised Release:**
* **Max. Fine:**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 24-mj-8403-RMM

### BOND RECOMMENDATION

DEFENDANT: FELICIO NATHAN CLEARE

Pre-Trial Dentention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Justin Chapman*
AUSA: Justin Chapman

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): Special Agent Elvis Medina,
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (OTHER)
Homeland Security Investigations ("HSI"),